**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ray Elloitt Diamond |
| Debtor 2 (Spouse, if filing) | Tonya A. Diamond |
| United States Bankruptcy Court for the: | District of South Carolina (State) |
| Case number | 14-00555-jw (Columbia) |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:  Mortgage Information

**Name of creditor:** US Bank NA

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:  4  1  8  8

**Property address:** 130 Osprey Nest Ct.
Number    Street

Blythewood    SC    29016
City    State    ZIP Code

## Part 2:  Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/___
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:
01/2016  1 @1,371.57 =$1,371.57
02/2016-09/2016  8@$1,453.86 = $11,630.88
10/2016-09/2017 12 @ $1,481.70 = $17,780.40    (a) $ 59,067.33

b.  Total fees, charges, expenses, escrow, and costs outstanding:  10/2017-04/2019 18@ $1,571.36 = $28,284.48 +  (b) $ _____

c.  **Total**. Add lines a and b.    (c) $ 59,067.33

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  01 / 01 / 2016
MM / DD / YYYY

| Debtor 1 | Ray | Elloitt | Diamond | | Case number *(if known)* | 14-00555-jw |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ _s/January N. Taylor_
Signature

Date  04 / 10 / 2019

| Print | January | N. | Taylor | | Title | Attorney for Creditor |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

Company    McMichael Taylor Gray, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3550 Engineering Drive, Suite 260
Number        Street

Peachtree Corners        GA        30092
City        State        ZIP Code

Contact phone  ( 404 ) 474 – 7149

Email  jtaylor@mtglaw.com


BSI Financial Services

### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|------|-----|--------|-------|--------------|
| 2/1/2014 | $952.58 | $341.73 | $1,294.31 | Filed w/POC |
| 3/1/2014 | $952.58 | $333.09 | $1,285.67 | NOPC |
| 11/1/2014 | $952.58 | $335.08 | $1,287.66 | NOPC |
| 10/1/2015 | $1,035.19 | $336.38 | $1,371.57 | NOPC |
| 2/1/2016 | $1,117.48 | $336.38 | $1,453.86 | NOPC |
| 10/1/2016 | $1,117.48 | $364.22 | $1,481.70 | NOPC |
| 10/1/2017 | $1,178.24 | $339.12 | $1,517.36 | NOPC |

### Loan Information

| Loan # | |
|--------|--|
| Borrower | Diamond |
| BK Case # | 14-00555 |
| Date Filed | 1/30/2014 |
| First Post Petition Due Date | 3/1/2014 |
| POC Covers | 2/1/13-2/1/14 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|------|-------------|-------------------|----------------------|---------|------------|-----------------|----------------|------------------|--------------------|-----------|----------------------|------------------|----------|
| | | **Missing Prior Servicer's Payment History from 1/30/14-2/10/15** | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 2/11/2015 | | Trustee Payment | | | $0.00 | | | $0.00 | $373.30 | | $373.30 | $373.30 | |
| 3/12/2015 | | Trustee Payment | | | $0.00 | | | $0.00 | $372.39 | | $745.69 | $745.69 | |
| 3/31/2015 | $1,286.33 | | | | $1,286.33 | $1,286.33 | | $1,286.33 | | | $745.69 | $745.69 | |
| 4/7/2015 | | Trustee Payment | | | $0.00 | | | $1,286.33 | $371.92 | | $1,117.61 | $1,117.61 | |
| 4/29/2015 | $1,287.66 | 2/1/2015 | 1/1/2014 | $1,287.60 | $0.06 | $0.06 | | $1,286.39 | | | $1,117.61 | $1,117.61 | |
| 5/5/2015 | | Trustee Payment | | | $0.00 | | | $1,286.39 | $371.68 | | $1,489.29 | $1,489.29 | |
| 6/1/2015 | $1,287.66 | 3/1/2015 | 2/1/2014 | $1,287.60 | $0.06 | $0.06 | | $1,286.45 | | | $1,489.29 | $1,489.29 | |
| 6/9/2015 | | Trustee Payment | | | $0.00 | | | $1,286.45 | $371.54 | | $1,860.83 | $1,860.83 | |
| 6/12/2015 | $1,286.36 | 4/1/2015 | 3/1/2014 | $1,287.60 | -$1.24 | | $1.24 | $1,285.21 | | | $1,860.83 | $1,860.83 | |
| 7/8/2015 | | Trustee Payment | | | $0.00 | | | $1,285.21 | $371.44 | | $2,232.27 | $2,232.27 | |
| 8/14/2015 | | Trustee Payment | | | $0.00 | | | $1,285.21 | $557.07 | | $2,789.34 | $2,789.34 | |
| 8/31/2015 | $1,286.33 | 5/1/2015 | 4/1/2014 | $1,287.60 | -$1.27 | | $1.27 | $1,283.94 | | | $2,789.34 | $2,789.34 | |
| 9/10/2015 | | Trustee Payment | | | $0.00 | | | $1,283.94 | $401.50 | | $3,190.84 | $3,190.84 | |
| 10/1/2015 | $1,370.27 | 6/1/2015 | 5/1/2014 | $1,287.60 | $82.67 | $82.67 | | $1,366.61 | | | $3,190.84 | $3,190.84 | |
| 10/1/2015 | | 7/1/2015 | 6/1/2014 | $1,287.60 | -$1,287.60 | | $1,287.60 | $79.01 | | | $3,190.84 | $3,190.84 | |
| 10/2/2015 | | | | | $0.00 | | | $79.01 | | | $3,190.84 | $3,190.84 | |
| 11/6/2015 | $1,370.27 | | | | $1,370.27 | $1,370.27 | | $1,449.28 | | | $3,190.84 | $3,190.84 | |
| 11/10/2015 | | Trustee Payment | | | $0.00 | | | $1,449.28 | $426.73 | | $3,617.57 | $3,617.57 | |
| 12/9/2015 | | Trustee Payment | | | $0.00 | | | $1,449.28 | $428.56 | | $4,046.13 | $4,046.13 | |
| 12/21/2015 | $1,370.27 | 8/1/2015 | 7/1/2014 | $1,287.60 | $82.67 | $82.67 | | $1,531.95 | | | $4,046.13 | $4,046.13 | |
| 12/21/2015 | | 9/1/2015 | 8/1/2014 | $1,371.57 | -$1,371.57 | | $1,371.57 | $160.38 | | | $4,046.13 | $4,046.13 | |
| 1/14/2016 | | Trustee Payment | | | $0.00 | | | $160.38 | $433.48 | | $4,479.61 | $4,479.61 | |
| 2/9/2016 | | Trustee Payment | | | $0.00 | | | $160.38 | $647.64 | | $5,127.25 | $5,127.25 | |
| 3/9/2016 | | Trustee Payment | | | $0.00 | | | $160.38 | $433.97 | | $5,561.22 | $5,561.22 | |
| 3/15/2016 | $1,370.27 | 10/1/2015 | 9/1/2014 | $1,371.57 | -$1.30 | | $1.30 | $159.08 | | | $5,561.22 | $5,561.22 | |
| 4/5/2016 | | Trustee Payment | | | $0.00 | | | $159.08 | $433.60 | | $5,994.82 | $5,994.82 | |
| 4/6/2016 | | | | | $0.00 | | | $159.08 | | | $5,994.82 | $5,994.82 | |
| 4/29/2016 | $1,319.94 | 11/1/2015 | 10/1/2014 | $1,371.57 | -$51.63 | | $51.63 | $107.45 | | | $5,994.82 | $5,994.82 | |
| 6/7/2016 | $1,319.94 | 12/1/2015 | 11/1/2014 | $1,371.57 | -$51.63 | | $51.63 | $55.82 | | | $5,994.82 | $5,994.82 | |
| 6/8/2016 | | Trustee Payment | | | $0.00 | | | $55.82 | $434.30 | | $6,429.12 | $6,429.12 | |
| 6/27/2016 | | Trustee Payment | | | $0.00 | | | $55.82 | $434.08 | | $6,863.20 | $6,863.20 | |
| 7/1/2016 | | | | | $0.00 | | | $55.82 | | | $6,863.20 | $6,863.20 | |
| 7/7/2016 | | Trustee Payment | | | $0.00 | | | $55.82 | $405.54 | | $7,268.74 | $7,268.74 | |
| 9/7/2016 | | Trustee Payment | | | $0.00 | | | $55.82 | $434.30 | | $7,703.04 | $7,703.04 | |
| 9/12/2016 | $622.69 | | | | $622.69 | $622.69 | | $678.51 | | | $7,703.04 | $7,703.04 | |
| 10/13/2016 | | Trustee Payment | | | $0.00 | | | $678.51 | $434.30 | | $8,137.34 | $8,137.34 | |
| 10/13/2016 | | PRE-Petition Applied | 12/1/2014 | | $0.00 | | | $678.51 | | $1,370.27 | $6,767.07 | $8,137.34 | |
| 10/13/2016 | | PRE-Petition Applied | 1/1/2015 | | $0.00 | | | $678.51 | | $1,370.27 | $5,396.80 | $8,137.34 | |
| 10/13/2016 | | PRE-Petition Applied | 2/1/2015 | | $0.00 | | | $678.51 | | $1,370.27 | $4,026.53 | $8,137.34 | |
| 10/13/2016 | | PRE-Petition Applied | 3/1/2015 | | $0.00 | | | $678.51 | | $1,370.27 | $2,656.26 | $8,137.34 | |
| 10/13/2016 | | PRE-Petition Applied | 4/1/2015 | | $0.00 | | | $678.51 | | $1,370.27 | $1,285.99 | $8,137.34 | |
| 10/13/2016 | | PRE-Petition Applied | 5/1/2015 | | $0.00 | | | $678.51 | | $1,370.27 | -$84.28 | $8,137.34 | |
| 11/9/2016 | | Trustee Payment | | | $0.00 | | | $678.51 | $434.30 | | $350.02 | $8,571.64 | |
| 12/7/2016 | | Trustee Payment | | | $0.00 | | | $678.51 | $434.30 | | $784.32 | $9,005.94 | |
| 1/12/2017 | | Trustee Payment | | | $0.00 | | | $678.51 | $651.45 | | $1,435.77 | $9,657.39 | |
| 2/14/2017 | | Trustee Payment | | | $0.00 | | | $678.51 | $434.30 | | $1,870.07 | $10,091.69 | |
| 3/9/2017 | | Trustee Payment | | | $0.00 | | | $678.51 | $434.30 | | $2,304.37 | $10,525.99 | |
| 4/11/2017 | | Trustee Payment | | | $0.00 | | | $678.51 | $434.30 | | $2,738.67 | $10,960.29 | |
| 5/10/2017 | | Trustee Payment | | | $0.00 | | | $678.51 | $434.30 | | $3,172.97 | $11,394.59 | |
| 6/6/2017 | | Trustee Payment | | | $0.00 | | | $678.51 | $434.30 | | $3,607.27 | $11,828.89 | |
| 7/7/2017 | | Trustee Payment | | | $0.00 | | | $678.51 | $651.45 | | $4,258.72 | $12,480.34 | |
| 8/8/2017 | | Trustee Payment | | | $0.00 | | | $678.51 | $434.30 | | $4,693.02 | $12,914.64 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9/6/2017 | Trustee Payment | | $0.00 | | | $678.51 | $434.30 | $5,127.32 | $13,348.94 |
| 10/6/2017 | Trustee Payment | | $0.00 | | | $678.51 | $434.30 | $5,561.62 | $13,783.24 |
| 11/6/2017 | Trustee Payment | | $0.00 | | | $678.51 | $434.30 | $5,995.92 | $14,217.54 |
| 12/5/2017 | Trustee Payment | | $0.00 | | | $678.51 | $434.30 | $6,430.22 | $14,651.84 |
| 12/11/2017 | PRE-Petition Applied | 6/1/2015 | $0.00 | | | $678.51 | | $1,371.57 | $5,058.65 | $14,651.84 |
| 12/11/2017 | PRE-Petition Applied | 7/1/2015 | $0.00 | | | $678.51 | | $1,371.57 | $3,687.08 | $14,651.84 |
| 12/11/2017 | PRE-Petition Applied | 8/1/2015 | $0.00 | | | $678.51 | | $1,371.57 | $2,315.51 | $14,651.84 |
| 1/8/2018 | Trustee Payment | | $0.00 | | | $678.51 | $651.45 | $2,966.96 | $15,303.29 |
| 2/7/2018 | Trustee Payment | | $0.00 | | | $678.51 | $434.30 | $3,401.26 | $15,737.59 |
| 3/14/2018 | Trustee Payment | | $0.00 | | | $678.51 | $182.97 | $3,584.23 | $15,920.56 |
| 4/6/2018 | Trustee Payment | | $0.00 | | | $678.51 | $548.67 | $4,132.90 | $16,469.23 |
| 5/8/2018 | Trustee Payment | | $0.00 | | | $678.51 | $300.96 | $4,433.86 | $16,770.19 |
| 6/5/2018 | Trustee Payment | | $0.00 | | | $678.51 | $12.85 | $4,446.71 | $16,783.04 |
| 6/5/2018 | PRE-Petition Applied | 9/1/2015 | $0.00 | | | $678.51 | | $1,371.57 | $3,075.14 | $16,783.04 |
| 6/5/2018 | PRE-Petition Applied | 10/1/2015 | $0.00 | | | $678.51 | | $1,371.57 | $1,703.57 | $16,783.04 |
| 6/5/2018 | PRE-Petition Applied | 11/1/2015 | $0.00 | | | $678.51 | | $1,371.57 | $332.00 | $16,783.04 |
| 6/5/2018 | PRE-Petition Applied | 12/1/2015 | $0.00 | | | $678.51 | | $1,371.57 | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |
| | | | $0.00 | | | $678.51 | | | -$1,039.57 | $16,783.04 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

<u>**Via U.S. Mail**</u>
**Ray Elloitt Diamond**
130 Osprey Nest Ct
Blythewood, SC 29016

**Tonya A. Diamond**
130 Osprey Nest Ct
Blythewood, SC 290 16

<u>**Via electronic service:**</u>
**Jason T. Moss**
Moss & Associates, Attorneys, P.A.
816 Elmwood Avenue
Columbia, SC 29201

**William K. Stephenson, Jr.**
PO Box 8477
Columbia, SC 29202

**US Trustee's Office**
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

<u>**This 10th day of April, 2019.**</u>

<u>/s/January N. Taylor</u>
January N. Taylor (I.D. 30679)
McMichael Taylor Gray, LLC
3550 Engineering Drive. Suite 260
Peachtree Corners, GA 30092
(404)-474-1749
jtaylor@mtglaw.com
Attorney for Creditor
